1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA HARTER, #179741
   Chief Assistant Federal Defender
3  ROBERT MAYVILLE
   Certified Student Attorney
4  GIOVANNI PESCE
   Certified Student Attorney
5  801 "I" Street, 3rd Floor
   Sacramento, CA 95814
6
   Attorney for Defendant
7  JASON COTE

8

9               IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,        )   No. 2:15-mj-00013-KJN
                                     )
13                  Plaintiff,       )   STIPULATION AND ORDER
                                     )   TO CONTINUE TRIAL
14       v.                          )
                                     )   DATE:  May 11, 2015
15  JASON COTE,                      )   TIME:  9:00 a.m.
                                     )   JUDGE: Hon. Kendall J. Newman
16                  Defendant.       )
                                     )
17

18       IT IS HEREBY STIPULATED by and between the parties hereto through their

19  respective counsel, ROBYN PULIO , Special Assistant United States Attorney, attorney for

20  Plaintiff, and LINDA HARTER, attorney for defendant JASON COTE that the Court vacate the

21  trial date of April 6, 2015, and set a new trial date on May 11, 2015 at 9:00 a.m.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

*U.S. v. Cote*                         -1-
  Stipulation and Order

The continuance is being requested to allow the defense additional time to review discovery for trial, as well as discuss a possible resolution to the case.

Dated: March 30, 2015

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Linda Harter*
LINDA HARTER
Assistant Federal Defender
Attorney for Defendant
JASON COTE

BENJAMIN B. WAGNER
United States Attorney

*/s/Robyn Pulio*
ROBYN PULIO
Special Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the April 6, 2015 trial be continued to May 11, 2015, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  April 1, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE