HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Assistant Federal Defender
ROBERT MAYVILLE
Certified Student Attorney
GIOVANNI PESCE
Certified Student Attorney
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
JASON R. COTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:15-mj- 0013-KJN |
| Plaintiff, | STIPULATION AND ORDER TO VACATE TRIAL DATE AND SET FOR CHANGE OF PLEA |
| v. | |
| JASON R. COTE, | DATE: May 19, 2015 |
| | TIME: 9:00 a.m. |
| Defendant. | JUDGE: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through their respective counsel, Special Assistant United States Attorney ROBYN N. PULLIO, attorney for Plaintiff, and Chief Assistant Federal Defender LINDA HARTER, attorney for defendant, JASON R. COTE, that the Court vacate the trial date of May 19, 2015 at 9:00 a.m. and set a change of plea hearing on May 19, 2015 at 9:00 a.m.

Dated: May 14, 2015
                                                Respectfully submitted,
                                                HEATHER E. WILLIAMS
                                                Federal Defender

                                                */s/ Linda Harter*
                                                LINDA HARTER
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                JASON R. COTE

*U.S. v. Cote.*
  Stipulation and Order

-1-

1
2                     BENJAMIN B. WAGNER
                    United States Attorney

3                     */s/ Robyn N. Pullio*
4                     ROBYN N. PULLIO
                    Special Assistant United States Attorney
5                     Attorney for Plaintiff

## O R D ER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is hereby ordered that the trial date presently set for May 19, 2015, at 9:00 a.m., be vacated, and that a change of plea be set for May 19, 2015, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  May 15, 2015

                                      _____
                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE